UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSITA ENGLISH, individually and on behalf
of all those similarly situated,

                       Plaintiff,

    -against-                                               22 **CIVIL** 5105 (VB)

                                                              **JUDGMENT**

DANONE NORTH AMERICA PUBLIC
BENEFIT CORPORATION,

                       Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 26, 2023, Danone North America Public Benefit Corporation's motion to dismiss is GRANTED. Plaintiff's request for leave to amend is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      June 27, 2023

                                                               **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                    **BY:**

                                                                **Deputy Clerk**